81,736-02

To Whom it May Concern:

This is my new address

Hamilton Unit
200 Lee Morrison Lane
Bryan, TX 77807

Thank you for your Attention

Sincerly

Matthew McKnight.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk